Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Jan E. Tomsky, SBN 173131
jtomsky@fagenfriedman.com
Emily E. Sugrue, SBN 243710
esugrue@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Fairfield-Suisun Unified School District

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FAIRFIELD SUISUN UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1-25, inclusive,<br><br>Defendant. | CASE NO. 2:11-CV-02796-JAM-GGH<br><br>**JOINT STIPULATION AND ORDER TO SUBMIT AMENDED RULE 26(f) JOINT STATUS REPORT** |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. On or about February 27, 2012, the parties, through their respective counsel of record, engaged in the Rule 26 conference telephonically to discuss those items required by Rule 26(f) as well those matters specified in the court's Order Requiring Joint Status Report.

2. As part of the conference outcome, and subject to the Court's approval, the parties have agreed to jointly submit a Rule 26(f) Joint Status Report addressing those issues set forth in Paragraph 4 of the Order Requiring Joint Status Report excepting that a detailed discussion and agreement regarding the Rule 26(f) discovery plan, proposed date by which all non-discovery motions shall be filed, proposed dates for final pretrial conference and trial as well as a

1
JOINT STIPULATION AND [PROPOSED] ORDER TO SUBMIT AMENDED RULE 26(f) JOINT STATUS REPORT

PDF created with pdfFactory trial version www.pdffactory.com

determination regarding the need to schedule a settlement conference for the above-referenced matter would be deferred until after the Court's ruling on Defendant's Motion to Dismiss if appropriate, and if appropriate shall be set forth in an Amended Rule 26(f) Joint Status Report.

3. Consistent with the foregoing and subject to the Court's approval, the parties have agreed to jointly submit the Amended Rule 26(f) Joint Status Report within thirty (30) days of the date of the Court's ruling on Defendant's Motion to Dismiss, if appropriate.

SO STIPULATED.

DATED: March 5, 2012          FAGEN FRIEDMAN & FULFROST, LLP


                              By: /s/ Roy A. Combs
                                  Roy A. Combs
                                  Attorneys for Plaintiff



DATED: March 5, 2012          /s/ Len Garfinkel
                              Len Garfinkel
                              California Department of Education
                              Attorney for Defendant


**ORDER**

IT IS SO ORDERED.
DATED:  3/6/2012

                              /s/ John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com