Roy A. Combs, SBN 123507
rcombs@fagenfriedman.com
Jan E. Tomsky, SBN 173131
jtomsky@fagenfriedman.com
Emily E. Sugrue, SBN 243710
esugrue@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California  94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Fairfield-Suisun Unified School
District

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| FAIRFIELD SUISUN UNIFIED SCHOOL DISTRICT,<br><br>                    Plaintiff,<br><br>        vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF EDUCATION, and DOES 1-25, inclusive,<br><br>                    Defendant. | CASE NO. 2:11-CV-02796-JAM-GGH<br><br>**JOINT STIPULATION AND ORDER TO SUBMIT AMENDED RULE 26(f) JOINT STATUS REPORT** |

SUBJECT TO THE APPROVAL OF THIS COURT, THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1.      On or about February 27, 2012, the parties, through their respective counsel of record, engaged in the Rule 26 conference telephonically to discuss those items required by Rule 26(f) as well those matters specified in the court's Order Requiring Joint Status Report.

2.      As part of the conference outcome, and subject to the Court's approval, the parties have agreed to jointly submit a Rule 26(f) Joint Status Report addressing those issues set forth in Paragraph 4 of the Order Requiring Joint Status Report excepting that a detailed discussion and agreement regarding the Rule 26(f) discovery plan, proposed date by which all non-discovery motions shall be filed, proposed dates for final pretrial conference and trial as well as a

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

1

PDF created with pdfFactory trial version www.pdffactory.com

1  determination regarding the need to schedule a settlement conference for the above-referenced

2  matter would be deferred until after the Court's ruling on Defendant's Motion to Dismiss if

3  appropriate, and if appropriate shall be set forth in an Amended Rule 26(f) Joint Status Report.

4        3.     Consistent with the foregoing and subject to the Court's approval, the parties have

5  agreed to jointly submit the Amended Rule 26(f) Joint Status Report within thirty (30) days of the

6  date of the Court's ruling on Defendant's Motion to Dismiss, if appropriate.

7  SO STIPULATED.

8

9  DATED: March 5, 2012          FAGEN FRIEDMAN & FULFROST, LLP

10

11                          By:  /s/ Roy A. Combs

12                              Roy A. Combs

                            Attorneys for Plaintiff

13

14

15  DATED: March 5, 2012          /s/ Len Garfinkel

                          Len Garfinkel

16                          California Department of Education

17                          Attorney for Defendant

18

19                          **ORDER**

20  IT IS SO ORDERED.

    DATED:  3/6/2012

21

                        /s/ John A. Mendez

22                          UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

Fagen Friedman & Fulfrost, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Main: 510-550-8200 • Fax: 510-550-8211

PDF created with pdfFactory trial version www.pdffactory.com