UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FAIRFIELD-SUISUN UNIFIED
SCHOOL DISTRICT,

        NO. CIV. S-11-2796 LKK/GGH

    Plaintiff,

  v.                    O R D E R

STATE OF CALIFORNIA
DEPARTMENT OF EDUCATION,
and DOES 1-25, inclusive,

    Defendants.
                             /

    Defendant State of California Department of Education filed a Motion to Dismiss, ECF No. 18, which was set for hearing on June 4, 2012. Plaintiff did not file an opposition or a statement of non-opposition to the motion, and the deadline for doing so has passed. Accordingly, the court ORDERS as follows:

        [1] The hearing on defendant's Motion to Dismiss, ECF No. 18, is CONTINUED to July 23, 2012 at 10:00 a.m.

        [2] Plaintiff SHALL file an opposition or statement of non-opposition no later than July 9, 2012.

[3] Defendant MAY file a reply no later than July 16, 2012.

[4] Plaintiff's counsel is ORDERED to SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, in the amount of $150.00 for failure to file an opposition or statement of non-opposition to the Motion to Dismiss. Counsel SHALL file a response to this order to show cause within seven (7) days of the issuance of this order.

IT IS SO ORDERED.

DATED: May 31, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT