UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FAIRFIELD-SUISUN UNIFIED
SCHOOL DISTRICT,

         NO. CIV. S-11-2796 LKK/GGH

    Plaintiff,

  v.                              O R D E R

STATE OF CALIFORNIA
DEPARTMENT OF EDUCATION,
and DOES 1-25, inclusive,

    Defendants.
_____/

    This court issued an order which stated that plaintiff failed to file an opposition or statement of non-opposition to defendant's motion to dismiss, and ordered plaintiff's counsel to show cause why he should not be sanctioned. The court overlooked the opposition previously filed before Judge Mendez. This case was reassigned to this court on April 27, 2012. The previously-filed motion to dismiss was terminated and a renewed motion to dismiss was filed on May 1, 2012. It appears to the court that plaintiff's opposition to the terminated motion to dismiss is responsive to the

renewed motion to dismiss, as is defendant's reply memorandum. Accordingly, the court ORDERS as follows:

    [1] The court WITHDRAWS the Order to Show Cause.

    [2] A hearing on defendant's Motion to Dismiss, ECF No. 18, SHALL be held on June 18, 2012, at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 31, 2012.

                                                     /s/ Lawrence K. Karlton  
                                                   LAWRENCE K. KARLTON  
                                                   SENIOR JUDGE  
                                                   UNITED STATES DISTRICT COURT